E-FILED
Friday, 11 February, 2022  11:02:47 AM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| EULA SCURLARK, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>AFNI, INC.,<br><br>    Defendant. | Case No. 1:20-cv-01206-JES-JEH |

## STIPULATION OF DISMISSAL

Plaintiff, EULA SCURLARK, and Defendant, AFNI, INC., by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to a dismissal with prejudice of Plaintiff's individual claims against AFNI, INC. The parties further stipulate to the dismissal of the class claims without prejudice. Each party to bear its own attorney's fees and costs.

Dated: February 11, 2022

Respectfully Submitted,

EULA SCURLARK

AFNI, INC.

*/s/ Mohammed O. Badwan*
Mohammed O. Badwan, Esq.
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Suite 200
Lombard, IL 60148
Phone: (630) 575-8180
mbadwan@sulaimanlaw.com
*Counsel for Plaintiff*

*/s/ Justin M. Penn (with consent)*
Justin M. Penn, ARDC 6283726
jpenn@hinshawlaw.com
Hinshaw & Culbertson LLP
151 North Franklin Street
Suite 2500
Chicago, IL 60606
Telephone: 312-704-3000
Facsimile: 312-704-3001
Attorneys for Defendant AFNI, INC.

## CERTIFICATE OF SERVICE

I, Mohammed O. Badwan, an attorney, certify that on February 11, 2022 , I caused the foregoing to be served upon counsel of record through operation of the Court's Case Management/Electronic Case File (CM/ECF) system.

/s/ *Mohammed O. Badwan*